No. A–342. UNITED STATES EX REL. ANNALORO *v.* ELIAS, CORRECTIONAL SUPERINTENDENT. Pending appeal to C. A. 3d Cir. Renewed application for bail pending appeal denied. MR. JUSTICE DOUGLAS is of the opinion that bail should be granted. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.

No. A–578. DIXON, TREASURER OF ILLINOIS, ET AL. *v.* SKOLNICK ET AL. Pending appeal to C. A. 7th Cir. Application for stay and other relief presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this application.

No. 70–92. CALIFORNIA MOTOR TRANSPORT CO. ET AL. *v.* TRUCKING UNLIMITED ET AL. C. A. 9th Cir. [Certiorari granted, 402 U. S. 1008.] Motion for leave to file supplemental brief after argument granted.

No. 70–295. FIRST NATIONAL CITY BANK *v.* BANCO NACIONAL DE CUBA. C. A. 2d Cir. [Certiorari granted, *ante,* p. 820.] Request for additional time for oral argument denied.

No. 71–162. BOARD OF REGENTS OF STATE COLLEGES ET AL. *v.* ROTH. C. A. 7th Cir. [Certiorari granted, *ante,* p. 909.] Motion of American Federation of Teachers for leave to file a brief as *amicus curiae* granted.

No. 71–415. COLORADO RIVER WATER CONSERVATION DISTRICT *v.* ROCKY MOUNTAIN POWER CO. ET AL. Sup. Ct. Colo. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 71–5120. RIDDELL *v.* HAMILTON, CHIEF JUSTICE, SUPREME COURT OF WASHINGTON. Motion for leave to file petition for writ of mandamus denied.